FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) PAUL M. GRAHAM III    CELL BLK Q4 Cell # DCP # 113009
(Name of Plaintiff)    (Inmate Number)

DAUPHIN COUNTY PRISON, HARRISBURG, PA. DOC # 261-548
(Address)

(2) DONTE FAULKNER
(Name of Plaintiff)    (Inmate Number)

ROXBURY CORRECTIONAL INSTITUTION, HAGERSTOWN, MARYLAND.
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) "THE RAINBOW
(2) FLAG'S POLICE, etc."
(3) INVOLVED IN COMMONWEALTH OF PA. V.
(Names of Defendants) Paul M. Graham III; et al.
(Each named party must be numbered,
and all names must be printed or typed)

MJ-12104-CR-00000
75-2025

Case Number: 1:25-CV-663

CIVIL COMPLAINT

FILED
HARRISBURG, PA
APR 14 2025
PER _____IBR_____
DEPUTY CLERK

TO BE FILED UNDER:  X  42 U.S.C. § 1983 - STATE OFFICIALS
                    X  28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.    PREVIOUS LAWSUITS

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

PAUL M. GRAHAM III, et al V KEYPOINT HEALTH SERV. INC.", etc.

U.S.C.A. CASE # 22-103_

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? **X** Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? **X** Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? CONSULTED WITH DAUPHIN CO. PRISON I.I.A/I.A.
2. What was the result? SUPERVIOR, et al, BUT THEY BLEW US OFF?

D. If your answer to "B" is No, explain why not: THEY SUPPORT "SWINDLING US?"

## III. DEFENDANTS

(1) Name of first defendant: Magisterial DIST. COURT Judge Mikaela
   Employed as MDJ at SLOAN
   Mailing address: 1520 WALNUT STREET, HARRISBURG, PA. 17103

(2) Name of second defendant: HARRISBURG, PA.
   Employed as ___ at ___
   Mailing address: POLICE DEPT.

(3) Name of third defendant: CONCERNING Comp/CIT #
   Employed as ___ at ___
   Mailing address: 36659

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. THE U.S. 5TH & 8TH Amend. OF THE U.S. CONSTI-TUTION & MY 1st AmenDMENT RIGHT TO PETITION THE GOV. OF "Redress OF GRIEVANCES" WAS "HAULT" BY OFF'S → EXAMPLE "OBSTRUCTED" MY AMBULANCE

RIDE BY TELLING

2. "THE 911 OPERATOR, DO NOT COME TO THE hospital to take GRAHAM TO ANOTHER Hospital

3. Through Your AMBULANCE SERVICE, HE'S TELLING ON US, he's a GAY HATER, I'm GAY, SO FUCK em ALL [+ TRUMP]

*WE DON'T HAVE $

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. *APPOINT A ATTORNEY TO REPRESENT US & WE'LL LET

2. HIM LEAD THE LITIGATION

3. OF THIS CASE WERE NOT EXPERTS ?

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __MARCH__, 20__25__

_____
(Signature of Plaintiff)

4

QIBLOCK
TREATMENT
COUNSELOR

NAME: MR. PAUL McANDREW GRAHAM III
D.C.P. # 113003
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299
CELL Q4/1

RECEIVED 4 APR 2025 PM 3 L
HARRISBURG, PA

APR 14 2025

PER _____ IBR _____
DEPUTY CLERK

PRO SE UNIT CLERK,
U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

Sylvia H. Rambo
U.S. Courthouse
1501 N. 6th St.
Hbg., PA 17102